JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE FRANCESCA SANCHEZ, Plaintiff, v. NANCY A. BERRYHILL, Commissioner of Social Security, Defendant. | CASE NO. 2:17-CV-6896-SK **JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: November 8, 2018

STEVE KIM
U.S. MAGISTRATE JUDGE