THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (560) 904-6955
Facsimile: (560) 904-60965
JUDITH S. LELAND (State Bar No: 63747)
MICHAEL T. KEATING (State Bar No: 266562
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JEAN TURK (State Bar No. 131517)
Special Assistant United States Attorney
Social Security Administration
60 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8935;Facsimile: (415) 744-0134
Email: jean.turk@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ADELE FRANCESCA SANCHEZ, | ) Case No. CV 17-06896 SK |
| Plaintiff, | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND THREE Hundred Dollars [$3,300.00] as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: January 28, 2019  _____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE